# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-24-00686-CV

**Kelly Marwill, Appellant**

**v.**

**Aaron Silva, Appellee**

### FROM THE 455TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-24-003487, THE HONORABLE DANIELLA DESETA LYTTLE, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Kelly Marwill appeals from the trial court's denial of his motion to dismiss brought under the Texas Citizens Participation Act (TCPA). Marwill and Aaron Silva have filed a joint motion to abate this appeal pending the trial court's imminent rulings on other pending TCPA motions in this same lawsuit, asserting that judicial economy will be advanced in the event of anticipated appeals of those pending motions by consolidating them with this appeal. The parties have filed a Rule 11 agreement in the trial court waiving the requirement that the trial-court proceedings be stayed during pendency of this appeal so that the trial court may hear and rule on the motions after a hearing set for December 16, 2024. *See* Tex. Civ. Prac. & Rem. Code § 51.014(b).

We grant the joint motion, abate this appeal, and direct the parties to file a status report with this Court on or before February 14, 2025. The appeal will remain abated until further order of this Court. All appellate deadlines will be tolled during the period of abatement.

It is ordered on November 20, 2024.

Before Justices Baker, Smith, and Theofanis

Abated

Filed: November 20, 2024